UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNIE STANLEY,

    Plaintiff,                                                            Case No. 15-cv-12269

v.                                                                                  HONORABLE STEPHEN J. MURPHY, III

UNITED STATES DEPARTMENT OF
JUSTICE, ATTORNEY GENERAL,
UNITED STATES ATTORNEY BARBARA
MCQUADE,

    Defendant.
                                        /

**ORDER ADOPTING REPORT AND RECOMMENDATION** (document no. 8)

On June 22, 2015, Plaintiff Johnnie Stanley, a pro se prisoner, filed a complaint against the above-named Defendants, claiming violations of criminal procedure and his Sixth Amendment rights. Compl., ECF No. 1. The Court referred the case to Magistrate Judge Patricia T. Morris on July 29. Order, ECF No. 5. On July 30, Stanley was granted permission to proceed *in forma pauperis*. Orders, ECF Nos. 6, 7.

Magistrate Judge Morris issued her Report and Recommendation on August 14. The report noted that Stanley has had three civil actions dismissed for failing to state a claim upon which relief can be granted. Rep. at 3, ECF No. 8. Accordingly, under 28 U.S.C. § 1915(g), the Court must deny Stanley the privilege of proceeding without prepayment of fees, and require payment of the filing fee.

Under Civil Rule 72(b), each party had fourteen days from the date of service to file any written objections to the recommended disposition. Neither party has filed any objections. De novo review of the magistrate judge's findings is therefore not required. *See* Fed. R. Civ. P. 72(b)(2)–(3) (mandating de novo review only if the parties "serve and file

specific written objections to the proposed findings and recommendations"). The Court has reviewed the file and the Report, and finds that the magistrate judge's analysis is proper. Accordingly, the Court adopts the Report's findings and conclusions, and will enter an appropriate judgment.

## ORDER

**WHEREFORE**, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation (document no. 8) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's *in forma pauperis* status is **REVOKED**.

**IT IS FURTHER ORDERED** that Plaintiff must pay the entire filing fee by September 30, 2015, or this case will be dismissed without prejudice.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: September 1, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 1, 2015, by electronic and/or ordinary mail.

s/Carol Cohron
Case Manager